# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand twenty.

_____

William Albert Haynes, III, et al.,

    Consolidated Plaintiffs-Appellants,

Kyros Law P.C., Konstantine W. Kyros,

    Appellants,

v.

World Wrestling Entertainment, Incorporated,

    Consolidated Plaintiff-Defendant-Appelle,

Vincent K. McMahon, Individually and as The Trustee of the Vincent K. McMahon Irrevocable Trust U/T/A dtd. June 24, 2004, et al.,

    Consolidated Defendant – Appellee.

_____

**ORDER**

Docket Nos: 18-3278, 18-3322, 18-3325, 18-3326, 18-3327, 18-3328, 18-3330

Appellants filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

